# Affidavit of Process Server

| VS America, INC | vs. AmTab Manufacturing Corp | 1:22 cv-07237 |
|---|---|---|
| Plaintiff/Petitioner | Defendant/Respondent | Case# |

Being duly sworn, on my oath, I **Barry A Savage Sr**
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served **AmTab Manufacturing Corp**
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $ _____ witness fee and mileage
☑ **Summons + Complaint with Exhibits A+B**

by serving (NAME): **Stanley D Schwartz**
at ☐ Home
☐ Business **20 S Clark Chgo IL Suite 1710**
☐ on (DATE) **12-28-2022** at (TIME) **11:05 AM**

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
From (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service
☑ By delivering, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof, namely, **Stanley D Schwartz R/A**
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address ☐ Evading ☐ Other: _____
☐ Address does not exist ☐ Service cancelled by litigant
☐ Moved, Left no forwarding ☐ Unable to serve in a timely fashion

**Service Attempts:** Service was attempted on: ( ) DATE TIME , ( ) DATE TIME , ( ) DATE TIME
( ) DATE TIME , ( ) DATE TIME , ( ) DATE TIME

**Description:**
- ☑ Male / ☐ Female
- ☑ White / ☐ Black / ☐ Hispanic / ☐ Asian / ☐ Indian
- ☐ Glasses
- ☑ Black Hair / ☐ Brown Hair / ☐ Blond Hair / ☑ Gray Hair / ☐ Red Hair
- ☐ White Hair / ☐ Balding / ☐ Mustache / ☐ Beard
- ☐ 14-20 Yrs. / ☐ 21-35 Yrs. / ☐ 36-50 Yrs. / ☐ 51-65 Yrs. / ☑ Over 65 Yrs.
- ☐ Under 5' / ☐ 5'-5'3" / ☐ 5'4"-5'8" / ☑ 5'9"-6' / ☐ Over 6'
- ☐ Under 100 Lbs. / ☐ 100-130 Lbs. / ☐ 131-160 Lbs. / ☑ 161-200 Lbs. / ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois County of Cook

Subscribed and sworn to before me
A notary public, this **30** day of **December** 20 **22**

SERVED BY: *Barry A Savage Sr*
LASALLE PROCESS SERVERS
Illinois Private Detective License# 117-001432

OFFICIAL SEAL
ANDREW RAPHAEL
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES: 10/01/23

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS